JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RAYMOND,<br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | EDCV 18-329 DSF (SHKx)<br><br>JUDGMENT |

    The Court having granted a motion to dismiss pursuant to Rule 41(b) of the federal Rules of Civil Procedure,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 26, 2020

                                                      Dale S. Fischer<br>
                                                      United States District Judge